# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2006

128512

PAMELA PEREZ,
        Plaintiff-Appellee,

v

FORD MOTOR COMPANY,
        Defendant-Appellant,

and

DANIEL P. BENNETT,
        Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128512
COA: 249737
Wayne CC: 01-134649-CL

On order of the Court, the application for leave to appeal the March 10, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REMAND this case to that court for reconsideration in light of *Elezovic v Ford Motor Company*, 472 Mich 408 (2005).

We do not retain jurisdiction.

CAVANAGH, WEAVER, and KELLY, JJ., would deny leave to appeal.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2006

Clerk

p0131